**RECEIVED**
SECRETARY OF STATE
UNIFORM COMM. CODE DIV.
2007 MAR -5 PM 2: 11

UCC0233097

UCU103/05/07:07:5685:
20.00 CK01
SOSIL 15:53 11864082 FS

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER [optional]**
ChoicePoint1    (770)369-8677

**B. SEND ACKNOWLEDGMENT TO: (Name and Address)**

ChoicePoint1
2885 Breckinridge
Suite 200
Duluth, GA 30096

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| MS-GRAND HOLDINGS ILLINOIS, LLC | | | | |
| OR 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX | |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 4800 WALDEN LANE | LANHAM | MD | 20706-4884 | USA |
| 1d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION: LLC | 1f. JURISDICTION OF ORGANIZATION: MD | 1g. ORGANIZATIONAL ID #, if any: 0211363-5 ☐ NONE |

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX | |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 2d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID #, if any ☐ NONE |

**3. SECURED PARTY'S NAME** (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. | | | | |
| OR 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX | |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 1595 SPRING HILL ROAD SUITE 310 | VIENNA | VA | 22182 | USA |

**4. This FINANCING STATEMENT covers the following collateral:**
See attached Schedule A to UCC-1 Financing Statement

**5. ALTERNATIVE DESIGNATION [if applicable]:** ☐ LESSEE/LESSOR ☐ CONSIGNEE/CONSIGNOR ☐ BAILEE/BAILOR ☐ SELLER/BUYER ☐ AG. LIEN ☐ NON-UCC FILING

**6.** ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. Attach Addendum [if applicable] **7.** Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE] [optional] ☐ All Debtors ☐ Debtor 1 ☐ Debtor 2

**8. OPTIONAL FILER REFERENCE DATA**
BSCM Loan#48745

FILING OFFICE COPY — UCC FINANCING STATEMENT (FORM UCC1) (REV. 05/22/02)    2007NY0000002169-001-002-001

IL - Secretary of State

**MERS MIN: 8000101-0000004416-3**

## SCHEDULE A TO UCC-1 FINANCING STATEMENT
## MS-GRAND HOLDINGS ILLINOIS, LLC, AS DEBTOR,

and

## MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.,
## AS SECURED PARTY, AS LENDER'S NOMINEE

All of Debtor's right, title and interest in and to the following property (the "Property") located upon or used in connection with the real property described on Exhibit A to this Schedule A (the "Land"):

a. the buildings, structures, fixtures, additions, enlargements, extensions, modifications, repairs, replacements and improvements now or hereafter erected or located on the Land (the "Improvements");

b. all easements, rights-of-way or use, rights, strips and gores of land, streets, ways, alleys, passages, sewer rights, water, water courses, water rights and powers, air rights and development rights, and all estates, rights, titles, interests, privileges, liberties, servitudes, tenements, hereditaments and appurtenances of any nature whatsoever, in any way now or hereafter belonging, relating or pertaining to the Land and the Improvements and the reversion and reversions, remainder and remainders, and all land lying in the bed of any street, road or avenue, opened or proposed, in front of or adjoining the Land, to the center line thereof and all the estates, rights, titles, interests, dower and rights of dower, curtesy and rights of curtesy, property, possession, claim and demand whatsoever, both at law and in equity, of Debtor of, in and to the Land and the Improvements and every part and parcel thereof, with the appurtenances thereto;

c. all machinery, equipment, fixtures (including, but not limited to, all heating, air conditioning, plumbing, lighting, communications and elevator fixtures) and other property of every kind and nature whatsoever owned by Debtor, or in which Debtor has or shall have an interest, now or hereafter located upon the Land and the Improvements, or appurtenant thereto, and usable in connection with the present or future operation and occupancy of the Land and the Improvements and all building equipment, materials and supplies of any nature whatsoever owned by Debtor, or in which Debtor has or shall have an interest, now or hereafter located upon the Land and the Improvements, or appurtenant thereto, or usable in connection with the present or future operation and occupancy of the Land and the Improvements (collectively, the "Personal Property"), and all proceeds and products of the above;

d. all leases and other agreements affecting the use, enjoyment or occupancy of the Land and the Improvements heretofore or hereafter entered into, including a guaranty of any such lease (a "Lease" or "Leases") and all right, title and interest of Debtor, its successors and assigns therein and thereunder, including, without limitation, cash or securities deposited thereunder to secure the performance by the lessees of their obligations thereunder and all rents, additional rents, revenues, issues and profits (including all oil and gas or other mineral royalties and bonuses) from the Land and the Improvements (the "Rents") and all proceeds from the sale

1

or other disposition of the Leases and the right to receive and apply the Rents to the payment of the Debt;

  e. all awards or payments, including interest thereon, which may heretofore and hereafter be made with respect to the Property, whether from the exercise of the right of eminent domain (including but not limited to any transfer made in lieu of or in anticipation of the exercise of the right), or for a change of grade, or for any other injury to or decrease in the value of the Property;

  f. all proceeds of and any unearned premiums on any insurance policies covering the Property, including, without limitation, the right to receive and apply the proceeds of any insurance, judgments, or settlements made in lieu thereof, for damage to the Property;

  g. all refunds, rebates or credits in connection with a reduction in real estate taxes and assessments charged against the Property as a result of tax certiorari or any applications or proceedings for reduction;

  h. all proceeds of the conversion, voluntary or involuntary, of any of the foregoing including, without limitation, proceeds of insurance and condemnation awards, into cash or liquidation claims;

  i. the right, in the name and on behalf of Debtor, to appear in and defend any action or proceeding brought with respect to the Property and to commence any action or proceeding to protect the interest of Secured Party or Lender in the Property;

  j. all agreements, contracts, certificates, instruments, franchises, permits, licenses, plans, specifications and other documents, now or hereafter entered into, and all rights therein and thereto, respecting or pertaining to the use, occupation, construction, management or operation of the Land and any part thereof and any Improvements or respecting any business or activity conducted on the Land and any part thereof and all right, title and interest of Debtor therein and thereunder, including, without limitation, the right, upon the happening of any default hereunder, to receive and collect any sums payable to Debtor thereunder;

  k. all tradenames, trademarks, servicemarks, logos, copyrights, goodwill, books and records and all other general intangibles relating to or used in connection with the operation of the Property;

  l. all letter-of-credit rights (whether or not the letter of credit is evidenced by a writing) Debtor now has or hereafter acquires relating to the properties, rights, titles and interest referred to herein;

  m. all commercial tort claims Debtor now has or hereafter acquires relating to the properties, rights, titles and interests referred to herein;

  n. all reserves, escrows and deposit accounts maintained by Borrower with respect to the Property, including, without limitation, all accounts established or maintained pursuant to (i) the Cash Management Agreement; together with all deposits or wire transfers made to such accounts and all cash, checks, drafts, certificates, securities, investment property, financial assets,

2

instruments and other property held therein from time to time and all proceeds, products, distributions or dividends or substitutions thereon and thereof.

3

# EXHIBIT A

## LEGAL DESCRIPTION OF PROPERTY

LA 126657636v3 007134.010000

LOT 1 IN WEST REIMER'S SUBDIVISION OF PART OF THE NORTH 1/2 OF SECTION 19, TOWNSHIP 38 NORTH, RANGE 8 EAST OF THE THIRD PRINCIPAL MERIDIAN, ACCORDING TO THE PLAT THEREOF RECORDED JUNE 15, 1992 AS DOCUMENT 92K42955, IN KANE COUNTY, ILLINOIS.

PARCEL 1:

LOT 1 IN DAVID'S SUBDIVISION OF PART OF THE EAST HALF OF THE SOUTHEAST QUARTER OF SECTION 12, TOWNSHIP 37 NORTH, RANGE 12 EAST OF THE THIRD PRINCIPAL MERIDIAN, ACCORDING TO THE PLAT THEREOF RECORDED APRIL 11, 2000 AS DOCUMENT NO. 00250979, IN COOK COUNTY, ILLINOIS.

PARCEL 2:

EASEMENT FOR PARKING, INGRESS AND EGRESS FOR THE BENEFIT OF PARCEL 1 AS CREATED BY AGREEMENT DATED FEBRUARY 24, 1995 AND RECORDED MARCH 14, 1995 AS DOCUMENT NO. 95171424 AND FIRST AMENDMENT THEREOF DATED APRIL 16, 1999 AND RECORDED JUNE 17, 1999 AS DOCUMENT NO. 99582111.

UCU103/05/07:07:5685:
20.00 CK01
SOSIL 15:53 11864082 FS

PARCEL 1:

LOT 2 IN STEAK-N-SHAKE SUBDIVISION, BEING A SUBDIVISION OF PART OF THE WEST HALF OF THE NORTHEAST QUARTER OF SECTION 18, TOWNSHIP 35 NORTH, RANGE 10 EAST OF THE THIRD PRINCIPAL MERIDIAN, ACCORDING TO THE PLAT THEREOF RECORDED MARCH 13, 1995 AS DOCUMENT NO. R95-15757, IN WILL COUNTY, ILLINOIS.

PARCEL 2:

PERPETUAL NON-EXCLUSIVE EASEMENTS FOR THE BENEFIT OF PARCEL 1 OVER, THROUGH AND AROUND THE ROADWAYS, WALKWAYS AND PARKING AREAS ON THE COMMON AREAS OF WAL-MART PROPERTIES, INC., FOR PEDESTRIAN AND VEHICULAR INGRESS AND EGRESS (INCLUDING THE INGRESS AND EGRESS OF SEMI-TRAILERS AND OTHER DELIVERY VEHICLES SERVICING THE BUSINESSES AND OCCUPANTS LOCATED ON PARCEL 1) CUSTOMER AND EMPLOYEE PARKING OF AUTOMOBILES AND OTHER VEHICLES (NOT INCLUDING SEMI-TRAILERS OR OTHER DELIVERY VEHICLES) AND THE USE OF FACILITIES INSTALLED THEREON FOR THE COMFORT AND CONVENIENCE OF CUSTOMERS, INVITEES, LICENSEES, TENANTS AND EMPLOYEES OF ALL BUSINESSES AND OCCUPANTS OF THE BUILDINGS CONSTRUCTED ON THE BUILDINGS AREAS DEFINED HEREIN, AS ESTABLISHED, CREATED, DEFINED AND LIMITED BY EASEMENTS WITH COVENANTS AND RESTRICTIONS RECORDED JULY 18, 1988 AS DOCUMENT NO. R88-32080 AS AMENDED FROM TIME TO TIME, OVER THE LAND DESCRIBED AS FOLLOWS: THE SOUTH 997.60 FEET OF THE WEST HALF OF THE NORTHEAST QUARTER OF SECTION 18, TOWNSHIP 35 NORTH, RANGE 10 EAST OF THE THIRD PRINCIPAL MERIDIAN, LYING WEST OF LARKIN AVENUE, EXCEPT THE SOUTH 425 FEET OF THE EAST 250 FEET OF SAID WEST HALF OF THE NORTHEAST QUARTER AND EXCEPTING THAT PART TAKEN BY THE STATE OF ILLINOIS FOR I-80 PURSUANT TO CONDEMNATION ORDER IN CASE 12655C, ALSO EXCEPTING THAT PART CONVEYED TO THE CITY OF JOLIET BY DOCUMENT NO. R88-10019 AND SUBJECT TO A DEDICATION OF RIGHT OF WAY FOR PUBLIC ROAD PURPOSES, RECORDED AS DOCUMENT NO. 672360, MORE PARTICULARLY DESCRIBED TO WIT: COMMENCING AT A P.K. NAIL AT THE SOUTHWEST CORNER OF THE NORTHWEST QUARTER OF SAID SECTION 18; THENCE NORTH 89 DEGREES 48 MINUTES 11 SECONDS EAST, 3047.00 FEET TO A BRASS MONUMENT IN THE PAVEMENT OF MCDONOUGH STREET BEING THE SOUTHWEST CORNER OF THE NORTHEAST QUARTER OF SAID SECTION 18 AT THE POINT OF BEGINNING; THENCE ALONG THE WEST LINE OF THE NORTHEAST QUARTER OF SAID SECTION 18 NORTH 00 DEGREES 03 MINUTES 22 SECONDS WEST, 997.60 FEET TO A 5/8 INCH DIAMETER STEEL BAR; THENCE NORTH 89 DEGREES 48 MINUTES 11 SECONDS EAST, 1295.53 FEET TO A 5/8 INCH DIAMETER STEEL BAR, SAID POINT BEING ON THE WEST RIGHT OF WAY LINE OF LARKIN AVENUE; THENCE ALONG THE WEST RIGHT OF WAY LINE OF LARKIN AVENUE SOUTH 00 DEGREES 56 MINUTES 58 SECONDS WEST, 330.67 FEET TO A 5/8 INCH DIAMETER STEEL BAR; THENCE SOUTH 89 DEGREES 48 MINUTES 11 SECONDS WEST, 33.69 FEET TO A 5/8 INCH DIAMETER STEEL BAR; THENCE SOUTH 00 DEGREES 13 MINUTES 36 SECONDS EAST, 242.00 FEET TO A 5/8 INCH DIAMETER STEEL BAR; THENCE LEAVING SAID WEST RIGHT OF WAY LINE SOUTH 89 DEGREES 48 MINUTES 11 SECONDS WEST, 180.00 FEET TO A 5/8 INCH DIAMETER STEEL BAR; THENCE SOUTH 00 DEGREES 13 MINUTES 36 SECONDS EAST, 380.00 FEET TO A 5/8 INCH DIAMETER STEEL BAR ON THE NORTH RIGHT OF WAY LINE OF MCDONOUGH STREET; THENCE ALONG SAID NORTH RIGHT OF WAY LINE OF MCDONOUGH STREET SOUTH 86 DEGREES 47 MINUTES 25 SECONDS WEST, 190.26 FEET TO A 5/8 INCH DIAMETER STEEL BAR; THENCE SOUTH 00 DEGREES 13 MINUTES 36 SECONDS EAST, 35.00 FEET TO A POINT ON THE SOUTH LINE OF THE NORTHEAST QUARTER OF SAID SECTION 18; THENCE ALONG SAID SOUTH LINE SOUTH 89 DEGREES 48 MINUTES 11 SECONDS WEST, 888.03 FEET TO THE POINT OF BEGINNING, EXCEPTING THEREFROM THAT PART OF THE LAND FALLING IN DOCUMENT NO. R88-32079, ALL IN WILL COUNTY, ILLINOIS