

Doc#: 0922639041 Fee: $40.00
Eugene "Gene" Moore RHSP Fee:$10.00
Cook County Recorder of Deeds
Date: 08/14/2009 02:12 PM Pg: 1 of 3

RECORDING REQUESTED BY AND
AFTER RECORDING MAIL TO:

Mark Birnbaum, Esq.
Perkins Coie LLP
1888 Century Park East, Suite 1700
Los Angeles, CA 90067

SPACE ABOVE THIS LINE FOR RECORDER'S USE

ASSIGNMENT OF MORTGAGE, ASSIGNMENT OF LEASES AND
RENTS, SECURITY AGREEMENT AND FIXTURE FILING and ASSIGNMENT OF
LEASES AND RENTS

Mortgage Electronic Registration Systems, Inc., a Delaware corporation ("**Assignor**"), in its capacity as nominee for Bear Stearns Commercial Mortgage, Inc., a New York corporation ("**Original Lender**"), for valuable consideration, hereby endorses, assigns, sells, transfers and delivers to Bank of America, National Association, as successor by merger to LaSalle Bank National Association, as Trustee for the Morgan Stanley Capital I Inc., Commercial Mortgage Pass-Through Certificates, Series 2007-TOP27 ("**Assignee**"), its successors, participants and assigns, all right, title and interest of Assignor in and to (i) that certain Mortgage, Assignment of Leases and Rents, Security Agreement and Fixture Filing dated as of March 1, 2007 (the "**Mortgage**") executed by MS-Grand Holdings Illinois, LLC, an Illinois limited liability company ("**Borrower**"), as mortgagor, to Assignor, as mortgagee, which was recorded on April 5, 2007 as Document No. 0709518080 in the Official Records of Cook County, Illinois Recorder's Office (the "Official Records") creating a first lien on the property described in Exhibit A attached hereto and by this reference made a part hereof, and (ii) that certain Assignment of Leases and Rents (the "Assignment of Rents") dated March 1, 2007 executed by Borrower, as assignor, to Assignor which was recorded on April 5, 2007 as Document No. 0709518081 in the Official Records, both of which secure payment of that certain Promissory Note dated March 1, 2007, in the original principal amount of Fifteen Million and No/100 Dollars (US $15,000,000) made by Borrower, payable to the order of Original Lender.

Together with any and all notes and obligations therein described, the debt and claims secured thereby and all sums of money due and to become due thereon, with interest as provided for therein.

Together with any and all other liens, privileges, security interests, rights, entitlements, equities, claims and demands as to which Assignor hereunder possesses or to which Assignor is otherwise entitled as additional security for the payment of amounts secured by the Mortgage and the Assignment of Rents.

This Assignment shall be governed in all respects by the laws of the State of California and shall be binding upon and shall inure to the benefit of the parties hereto and their respective successors and assigns.

This Assignment is dated as of July 1, 2007.

IN WITNESS WHEREOF, Assignor has caused this instrument to be executed by is duly authorized officer.

> Mortgage Electronic Registration Systems, Inc., in its capacity as nominee for Bear Stearns Commercial Mortgage, Inc.
>
> By: _Tracy Mills-Smith_
> Name: Tracy Mills-Smith
> Title: Assistant Secretary

State of <u>California</u>       )

County of <u>Contra Costa</u>    )

On the 10th day of August, 2009, before me, Carol L. Morris, personally appeared Tracy Mills-Smith, who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that she executed the same in her authorized capacity, and that by her signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____ (Seal)



CAROL L. MORRIS
Commission # 1800088
Notary Public - California
Contra Costa County
My Comm. Expires Jun 2, 2012