RECORDING REQUESTED BY AND
AFTER RECORDING MAIL TO:

Mark Birnbaum, Esq.
Perkins Coie LLP
1888 Century Park East, Suite 1700
Los Angeles, CA 90067



SPACE ABOVE THIS LINE FOR RECORDER'S USE

ASSIGNMENT OF MORTGAGE, ASSIGNMENT OF LEASES AND
RENTS, SECURITY AGREEMENT AND FIXTURE FILING and ASSIGNMENT OF
LEASES AND RENTS

Mortgage Electronic Registration Systems, Inc., a Delaware corporation ("**Assignor**"), in its capacity as nominee for Bear Stearns Commercial Mortgage, Inc., a New York corporation ("**Original Lender**"), for valuable consideration, hereby endorses, assigns, sells, transfers and delivers to Bank of America, National Association, as successor by merger to LaSalle Bank National Association, as Trustee for the Morgan Stanley Capital I Inc., Commercial Mortgage Pass-Through Certificates, Series 2007-TOP27 ("**Assignee**"), its successors, participants and assigns, all right, title and interest of Assignor in and to (i) that certain Mortgage, Assignment of Leases and Rents, Security Agreement and Fixture Filing dated March 1, 2007 (the "**Mortgage**") executed by MS-Grand Holdings Illinois, LLC, an Illinois limited liability company ("**Borrower**"), as mortgagor, to Assignor, as mortgagee, which was recorded on April 10, 2007 as Document No. R2007054689 in the Official Records of the Will County, Illinois Recorder's Office (the "Official Records") creating a first lien on the property described in Exhibit A attached hereto and by this reference made a part hereof, and (ii) that certain Assignment of Leases and Rents (the "Assignment of Rents") dated March 1, 2007 executed by Borrower, as assignor, to Assignor which was recorded on April 10, 2007 as Document No. R2007054690 in the Official Records, both of which secure payment of that certain Promissory Note dated March 1, 2007, in the original principal amount of Fifteen Million and No/100 Dollars (US $15,000,000) made by Borrower, payable to the order of Original Lender.

Together with any and all notes and obligations therein described, the debt and claims secured thereby and all sums of money due and to become due thereon, with interest as provided for therein.

Together with any and all other liens, privileges, security interests, rights, entitlements, equities, claims and demands as to which Assignor hereunder possesses or to which Assignor is otherwise entitled as additional security for the payment of amounts secured by the Mortgage and the Assignment of Rents.

This Assignment shall be governed in all respects by the laws of the State of Illinois and shall be binding upon and shall inure to the benefit of the parties hereto and their respective successors and assigns.

This Assignment is dated as of __July 1__, 2007.

IN WITNESS WHEREOF, Assignor has caused this instrument to be executed by is duly authorized officer.

                                      Mortgage Electronic Registration Systems, Inc., in its capacity as nominee for Bear Stearns Commercial Mortgage, Inc.

                                      By: _Tracy Mills-Smith_
                                      Name: Tracy Mills-Smith
                                      Title: Assistant Secretary

State of <u>California</u>        )

County of <u>Contra Costa</u>   )

On the 10th day of August, 2009, before me, Carol L. Morris, personally appeared Tracy Mills-Smith, who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that she executed the same in her authorized capacity, and that by her signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____ (Seal)



CAROL L. MORRIS
Commission # 1800088
Notary Public - California
Contra Costa County
My Comm. Expires Jun 2, 2012

Exhibit A

PARCEL 1:

LOT 1 IN DAVID'S SUBDIVISION OF PART OF THE EAST HALF OF THE SOUTHEAST QUARTER OF SECTION 12, TOWNSHIP 37 NORTH, RANGE 12 EAST OF THE THIRD PRINCIPAL MERIDIAN, ACCORDING TO THE PLAT THEREOF RECORDED APRIL 11, 2000 AS DOCUMENT NO. 00250979, IN COOK COUNTY, ILLINOIS.

PARCEL 2:   23-12-400-044

EASEMENT FOR PARKING, INGRESS AND EGRESS FOR THE BENEFIT OF PARCEL 1 AS CREATED BY AGREEMENT DATED FEBRUARY 24, 1995 AND RECORDED MARCH 14, 1995 AS DOCUMENT NO. 95171424 AND FIRST AMENDMENT THEREOF DATED APRIL 16, 1999 AND RECORDED JUNE 17, 1999 AS DOCUMENT NO. 99582111.

38935-0057/LEGAL16662251.1

Exhibit A

PARCEL 1:

LOT 2 IN STEAK-N-SHAKE SUBDIVISION, BEING A SUBDIVISION OF PART OF THE WEST HALF OF THE NORTHEAST QUARTER OF SECTION 18, TOWNSHIP 35 NORTH, RANGE 10 EAST OF THE THIRD PRINCIPAL MERIDIAN, ACCORDING TO THE PLAT THEREOF RECORDED MARCH 13, 1995 AS DOCUMENT NO. R95-15757, IN WILL COUNTY, ILLINOIS.

PARCEL 2:

PERPETUAL NON-EXCLUSIVE EASEMENTS FOR THE BENEFIT OF PARCEL 1 OVER, THROUGH AND AROUND THE ROADWAYS, WALKWAYS AND PARKING AREAS ON THE COMMON AREAS OF WAL-MART PROPERTIES, INC., FOR PEDESTRIAN AND VEHICULAR INGRESS AND EGRESS (INCLUDING THE INGRESS AND EGRESS OF SEMI-TRAILERS AND OTHER DELIVERY VEHICLES SERVICING THE BUSINESSES AND OCCUPANTS LOCATED ON PARCEL 1) CUSTOMER AND EMPLOYEE PARKING OF AUTOMOBILES AND OTHER VEHICLES (NOT INCLUDING SEMI-TRAILERS OR OTHER DELIVERY VEHICLES) AND THE USE OF FACILITIES INSTALLED THEREON FOR THE COMFORT AND CONVENIENCE OF CUSTOMERS, INVITEES, LICENSEES, TENANTS AND EMPLOYEES OF ALL BUSINESSES AND OCCUPANTS OF THE BUILDINGS CONSTRUCTED ON THE BUILDINGS AREAS DEFINED HEREIN, AS ESTABLISHED, CREATED, DEFINED AND LIMITED BY EASEMENTS WITH COVENANTS AND RESTRICTIONS RECORDED JULY 18, 1988 AS DOCUMENT NO. R88-32080 AS AMENDED FROM TIME TO TIME, OVER THE LAND DESCRIBED AS FOLLOWS: THE SOUTH 997.60 FEET OF THE WEST HALF OF THE NORTHEAST QUARTER OF SECTION 18, TOWNSHIP 35 NORTH, RANGE 10 EAST OF THE THIRD PRINCIPAL MERIDIAN, LYING WEST OF LARKIN AVENUE, EXCEPT THE SOUTH 425 FEET OF THE EAST 250 FEET OF SAID WEST HALF OF THE NORTHEAST QUARTER AND EXCEPTING THAT PART TAKEN BY THE STATE OF ILLINOIS FOR I-80 PURSUANT TO CONDEMNATION ORDER IN CASE 12655C, ALSO EXCEPTING THAT PART CONVEYED TO THE CITY OF JOLIET BY DOCUMENT NO. R88-10019 AND SUBJECT TO A DEDICATION OF RIGHT OF WAY FOR PUBLIC ROAD PURPOSES, RECORDED AS DOCUMENT NO. 672360, MORE PARTICULARLY DESCRIBED TO WIT: COMMENCING AT A P.K. NAIL AT THE SOUTHWEST CORNER OF THE NORTHWEST QUARTER OF SAID SECTION 18; THENCE NORTH 89 DEGREES 48 MINUTES 11 SECONDS EAST, 3047.00 FEET TO A BRASS MONUMENT IN THE PAVEMENT OF MCDONOUGH STREET BEING THE SOUTHWEST CORNER OF THE NORTHEAST QUARTER OF SAID SECTION 18 AT THE POINT OF BEGINNING; THENCE ALONG THE WEST LINE OF THE NORTHEAST QUARTER OF SAID SECTION 18 NORTH 00 DEGREES 03 MINUTES 22 SECONDS WEST, 997.60 FEET TO A 5/8 INCH DIAMETER STEEL BAR; THENCE NORTH 89 DEGREES 48 MINUTES 11 SECONDS EAST, 1295.53 FEET TO A 5/8 INCH DIAMETER STEEL BAR, SAID POINT BEING ON THE WEST RIGHT OF WAY LINE OF LARKIN AVENUE; THENCE ALONG THE WEST RIGHT OF WAY LINE OF LARKIN AVENUE SOUTH 00 DEGREES 56 MINUTES 58 SECONDS WEST, 330.67 FEET TO A 5/8 INCH DIAMETER STEEL BAR; THENCE SOUTH 89 DEGREES 48 MINUTES 11 SECONDS WEST, 33.69 FEET TO A 5/8 INCH DIAMETER STEEL BAR; THENCE SOUTH 00 DEGREES 13 MINUTES 36 SECONDS EAST, 242.00 FEET TO A 5/8 INCH DIAMETER STEEL BAR; THENCE LEAVING SAID WEST RIGHT OF WAY LINE SOUTH 89 DEGREES 48 MINUTES 11 SECONDS WEST, 180.00 FEET TO A 5/8 INCH DIAMETER STEEL BAR; THENCE SOUTH 00 DEGREES 13 MINUTES 36 SECONDS EAST, 380.00 FEET TO A 5/8 INCH DIAMETER STEEL BAR ON THE NORTH RIGHT OF WAY LINE OF MCDONOUGH STREET; THENCE ALONG SAID NORTH RIGHT OF WAY LINE OF MCDONOUGH STREET SOUTH 86 DEGREES 47 MINUTES 25 SECONDS WEST, 190.26 FEET TO A 5/8 INCH DIAMETER STEEL BAR; THENCE SOUTH 00 DEGREES 13 MINUTES 36 SECONDS EAST, 35.00 FEET TO A POINT ON THE SOUTH LINE OF THE NORTHEAST QUARTER OF SAID SECTION 18; THENCE ALONG SAID SOUTH LINE SOUTH 89 DEGREES 48 MINUTES 11 SECONDS WEST, 888.03 FEET TO THE POINT OF BEGINNING, EXCEPTING THEREFROM THAT PART OF THE LAND FALLING IN DOCUMENT NO. R88-32079, ALL IN WILL COUNTY, ILLINOIS

38935-

0057/LEGAL16662600.1